PROB 35                  **ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:08CR00277-01** |
| ) | |
| **PAUL BRIDGE** ) | |
| ) | |

On August 26, 2010, the above-named was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                                     Respectfully submitted,

                                     /s/ Philip Y. Mizutani
                                  **PHILIP Y. MIZUTANI
                            United States Probation Officer**

Dated:     July 27, 2012
             Sacramento, California
             PYM/cp

**REVIEWED BY:**     **/s/ Michael A. Sipe**
                         **MICHAEL A. SIPE
                         Supervising United States Probation Officer**

**Re: PAUL BRIDGE
   Docket Number: 2:08CR00277-01
   ORDER TERMINATING PROBATION
   PRIOR TO EXPIRATION DATE**

---

ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

August 2, 2012
**Date**

UNITED STATES DISTRICT JUDGE

Attachment: Recommendation
cc: United States Attorney's Office